No. 64724.—Air Clearance Association, Inc. v. United States, protest 59/33800 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.